IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: _____

**AARON T. WILLIAMS AND KARENA A. WILLIAMS AND INFINITY RESTORATION**,

    Plaintiffs,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**,

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

TO:    PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant American Family Mutual Insurance Company, S.I., by and through its counsel, Katie B. Johnson of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    American Family Mutual Insurance Company, S.I. ("American Family") is the Defendant in the above titled action, originally filed in the District Court, Arapahoe County, Colorado, Case No. 2019CV31451. On or about June 19, 2019, Plaintiffs, Aaron T. Williams and Karena A. Williams and Infinity Restoration ("Plaintiffs") filed their Complaint and Jury Demand in Arapahoe County District Court, Colorado. The Complaint seeks recovery of

damages as to American Family based on allegations of breach of contract, bad faith, and unreasonable delay or denial. *See generally* Plaintiffs' Complaint and Jury Demand, **Exhibit B**.

2. Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Aaron and Karena Williams are citizens of the State of Colorado. *See* **Exhibit B** at ¶ 1. Plaintiff Infinity Roofing and Siding, Inc. d/b/a Infinity Restoration is a citizen of the state of Texas (state of incorporation) and Colorado (principal place of business). *See* Documents on File with Colorado Secretary of State, **Exhibit C.** Defendant American Family is a citizen of the state of Wisconsin. *See* Documents on File with Colorado Secretary of State, **Exhibit E;** *see also* **Exhibit B** at ¶ 2.

4. The amount in controversy exceeds $75,000. In District Court Civil (CV) Case Cover Sheet, **Exhibit A**, Plaintiffs state they seek more than $100,000 in damages. *See* **Exhibit A** at 3. *Paros Properties LLC v. Colorado Cas. Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet."). Additionally, Plaintiffs allege that they sustained substantial damage to their residential property in a severe weather-related event, constituting a covered loss under the policy. *See generally, Complaint.* Plaintiffs further claim that American Family unreasonably delayed or denied benefits owed to them, entitling them to statutory recovery of two times the covered benefit and attorney fees. *Complaint*, ¶ 33.

5. As the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiffs' action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). American Family has thirty (30) days from the date it was served with Plaintiffs' Complaint to file its Notice of Removal. American Family was served with Plaintiffs' Complaint and Jury Demand in this matter on August 21, 2019. *See* **Exhibit D**. Thus, American Family's Notice of Removal is due September 20, 2019.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), Fed. R. Civ. P. 81(c) and D.C.Colo.LCivR 81.1, a copy of all process, pleadings, and orders that were served by the parties are attached. Undersigned counsel will promptly file a Notice of Intent to Remove with the District Court for the County of Arapahoe. *See* **Exhibit G**. The process, pleadings, and orders are captioned as follows:

**Exhibit A**  District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

   **Exhibit B**  Complaint and Jury Demand;

   **Exhibit D**  Return of Service regarding American Family.

   **Exhibit H**  Defendant's Unopposed Motion for Extension of Time

   **Exhibit I**  Order Granting Defendant's Unopposed Motion for Extension of Time

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Arapahoe. American Family has complied with the requirements of 28 U.S.C. § 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1.

9. Pursuant to 28 U.S.C. § 1446(b), a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Arapahoe in Civil Action No. 2019CV31451. Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiffs' counsel. The register of actions is attached as **Exhibit F**.

WHEREFORE, pursuant to this Notice of Removal and 28 U.S.C. § 1441, Defendant, American Family Mutual Insurance Company, S.I. respectfully requests that this case be removed from the District Court for the County of Arapahoe, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 20th day of September 2019.

><ins>/s/ Katie B. Johnson</ins>
>Katie B. Johnson
>Sutton | Booker | P.C.
>4949 S. Syracuse, Suite 500
>Denver, Colorado 80237
>Telephone:  303-730-6204
>Facsimile:   303-730-6208
>E-Mail:  kjohnson@suttonbooker.com
>*Attorneys for Defendant,*
>*American Family Mutual Insurance Company, S.I.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September 2019, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher C.R. Sidebottom, #50145
The Law Office of Christopher Sidebottom
301 Newark St.
Aurora CO  80010
(720) 505-4057
cs@chrissidebottom.com

/s/   Krystle L. Young
*A duly signed original is on file at*
*Sutton | Booker | P.C.*